■ In the Matter of RAYMOND M. SALES, a Suspended Attorney. [729 NYS2d 887] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Andrias, J. P., Rubin, Saxe, Buckley and Friedman, JJ.